No. 251. SAKIS ET AL. *v.* UNITED STATES ET AL. August 26, 1952. Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court. *Donald S. Caruthers* for appellants. *Solicitor General Perlman* for the United States; *Edward M. Reidy* for the Interstate Commerce Commission; and *John L. Sullivan* for the Boston & Maine Railroad, appellees.

OCTOBER 13, 1952.

No. 84. IVEY *v.* TEXAS. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *L. N. D. Wells, Jr.* for appellant. *Price Daniel,* Attorney General of Texas, and *Willis E. Gresham* and *Calvin B. Garwood, Jr.,* Assistant Attorneys General, for appellee.